## CONSENT TO BECOME A PARTY PLAINTIFF

THE STATE OF TEXAS             §
                               §   KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF HARRIS               §

I, Aaron Mohammed _____, represent to the Court that I have read the Assignment of Interest and Contingent Fee Agreement presented to me by my Attorney and agree to be bound by its terms. After reading same, I hereby elect to "opt in" pursuant to 29 U.S.C. § 216(b) and consent to becoming a party plaintiff in a Fair Labor Standards Act action to collect unpaid wages under 29 U.S.C. §§ 201, *et seq.* I authorize my attorney to file this document with the Court on my behalf.

This Consent Form was prepared in Houston, Harris County, Texas and was executed on this the December day of 16 _____, 2020.

**APPROVED AND ACCEPTED IN FULL BY THE FOLLOWING CLIENT:**

DocuSigned by:
*Aaron Mohammed*
**SIGNATURE**

Aaron Mohammed
**PRINTED NAME**

---

**APPROVED AND ACCEPTED IN FULL ON BEHALF OF LAW FIRM ON THIS THE** 17 **DAY OF** December **, 2020:**

**THE MELISSA MOORE LAW FIRM, P.C.**

By: *Melissa Moore*
Melissa A. Moore
THE MELISSA MOORE LAW FIRM, P.C.
440 Louisiana, Suite 675
Houston, Texas 77002-1637
Telephone: (713) 222-6775
Facsimile: (713) 222-6739